IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-mc-00077-MSK-KMT | Date: | October 6, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

WOBBEN PROPERTIES, GmbH,   Scott Bialecki
   David Carlson

   Plaintiff,

v.

SIEMENS ENERGY, INC.,   Michael Levin
   Casie Collignon

   Defendant.

## COURTROOM MINUTES

**STATUS CONFERENCE**

**10:43 a.m.**  **Court in session.**

Court calls case. Appearances of counsel.

Also present, representatives for Defendant Siemens Energy, Inc.

**ORDERED: The case is directed to be UNSEALED.**

Discussion and argument regarding potential protective order, appointing Special Master Gay for the Colorado case, Defendant's pending motion for stay [21], and reasserting discovery in the Colorado case based on discovery in the Orlando case.

Mr. Carlson tenders a black notebook with an 11 tab index of Colorado hearings to the Court.

Court advises counsel that the matter is taken under advisement and a written order will be issued.

**ORDERED:** **Motion to Stay Wobben Properties GmbH's Proceeding for Judicial Assistance Pursuant to 28 U.S.C. § 1782 with Incorporated Memorandum of Law [21] is TAKEN UNDER ADVISEMENT.**

**11:50 a.m.** **Court in recess.**

Hearing concluded.
Total in-court time    01:07

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.